TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
LUISA GOUGH, Assistant United States Attorney (#17221)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801)524-5682

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZACHARY BASSETT,<br>MASON WARR, and<br>COS ACCOUNTING & TAX LLC,<br> dba 1099 Tax Pros,<br><br>    Defendants. | STIPULATED MOTION TO EXTEND DEADLINE FOR *JAMES* PROFFER<br><br>Case No. 2:23-cr-00039-HCN<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this Stipulated Motion to Continue Deadline for *James* Proffer and requests the Court extend the deadline by four days, to Monday August 5, 2024. This brief delay will not cause substantial prejudice to Defendants and counsel for Defendants have indicated they have no objection to the extension so long as the briefing schedule is adjusted accordingly: Response Briefs to the *James* proffer would be due Monday, August 12, 2024; Reply Memorandum in support of the *James* proffer would be

due Monday August 19, 2024. All other trial deadlines would stay the same.

This is a case with voluminous discovery. The short, stipulated agreement for extension is not sought for purposes of delay. Rather, it would allow additional time to ensure the proffer includes all the relevant, necessary evidence.

DATED this 1st day of August, 2024.

TRINA A. HIGGINS
United States Attorney

 /s/  Luisa Gough
Luisa Gough
Assistant United States Attorney