TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
LUISA GOUGH, Assistant United States Attorney (#17221)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:23-CR-00039-HCN |
| vs. | STIPULATION AND MOTION TO PERMIT TESTIMONY BY VIDEOCONFERENCE |
| ZACHARY BASSETT and MASON WARR, | |
| Defendants. | District Judge Howard C. Nielson, Jr. |

After conferring, the United States and the Defendants in this action jointly request that the Court permit the testimony of Tyler Haws by videoconference. Mr. Haws lives on the East Coast where he anticipates the birth of his first child during the week of trial. The Defendants have been informed of their confrontation rights under the U.S. Constitution, including the right of confrontation in the physical presence of the witness

1

in front of the jury. Having been informed of those rights, the Defendants have agreed to waive their confrontation rights so the government may call Mr. Haws to testify by videoconference, not in person, and to be examined and cross-examined by videoconference.

IT IS SO STIPULATED this 29th day of August, 2024:

|  |  |
|---|---|
|  | TRINA A. HIGGINS |
| /s/ AARON CLARK (with permission) | United States Attorney |
| AARON CLARK |  |
| TRINITY JORDAN | By: /s/ Carl D. LeSueur |
| Attorneys for Defendant Mason Warr | Carl D. LeSueur |
|  | Luisa Gough |
| /s/ Mason Warr (with permission) | Assistant United States Attorneys |
| MASON WARR |  |
| Defendant |  |

/s/ Kathryn Nester (with permission
KATHRYN NESTER
WENDY LEWIS
Attorneys for Defendant Zachary Bassett

/s/ Zachary Bassett (with permission)
ZACHARY BASSETT
Defendant