AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

UNITED STATES OF AMERICA

V.

ZACHARY BASSETT

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  2:23CR00039-001 HCN

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Howard C. Nielson, Jr., United States District Judge
Name and Title of Judge

9/24/2024
Date